IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ALBERT HERNANDEZ, #25789-018   *

   Petitioner,   *

   v.   *   2:07-CV-227-WKW

D. DREW, WARDEN, *et al.*,   *

   Respondents.   *

_____

**O R D E R**

Petitioner, an inmate incarcerated at the Maxwell Prison Camp located in Montgomery, Alabama, filed this application for habeas corpus relief on March 14, 2007. He has not submitted the $5.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Petitioner, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before March 29, 2007 Petitioner either submit the $5.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*. Petitioner is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed; and

2. The Clerk SEND a form for use in filing a motion to proceed *in forma pauperis* to Petitioner.

Done, this 15th day of March 2007.

                               /s/ Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE