IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERT HERNANDEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-227-WKW |
| | ) (WO) |
| D. DREW, WARDEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 4, 2007, the Magistrate Judge filed a Recommendation (Doc. # 3) in this case. Plaintiff timely filed an objection on December 18, 2006. (Doc. # 4.) Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #3) is ADOPTED; and

2. Plaintiff's Objection (Doc. # 4) is OVERRULED.

An appropriate judgment will be entered.

DONE this 31st day of May, 2007.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE